UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LNV CORPORATION,   Case No. 2:11-10326-rhc-rsw
  Hon: Robert H. Cleland
     Plaintiff,   Magistrate: R. Steven Whalen

v.

JACK KIESLER,
and TONY DJORDJESKI
jointly and severally,

     Defendants.
_____/
WALTON & DONNELLY, P.C.
By: Jonathan T. Walton, Jr. (P32969)
    Patrick N. Butler (P58762)
1550 Buhl Building
535 Griswold Street
Detroit, MI  48226
(313) 963-8989
Attorneys for Plaintiff
_____/

### ORDER FOR ALTERNATE SERVICE

At a session of the Court, held in Detroit, MI,

on:   May 3, 2011

PRESENT: Honorable   ROBERT H. CLELAND
  U.S. District Court Judge

This case came before the Court on Plaintiff's verified second *ex parte* motion for alternate service. The Court considered the papers filed by Plaintiff in support of its motion, is fully advised and orders as follows:

1.   Plaintiff commenced this case seeking damages for breach of contract, in an amount greater than $25,000.00. Plaintiff having shown, by verified facts, due diligence in attempting to serve the original summons and that service of process cannot reasonably be made

as provided by MCR 2.105, the Plaintiff shall be permitted to make service of process on Defendant Jack Kiesler as provided in this order.

    2.    Plaintiff shall post a copy of this order, along with copies of the summons and amended complaint, by tacking or otherwise firmly affixing the same to the door of the dwelling place located at 36700 Ridgecroft, Sterling Heights, MI 48312; Plaintiff shall promptly file proof of service by posting.

    3.    Plaintiff shall mail—by first class mail and by certified mail, return receipt requested—copies of this order, along with copies of the summons and amended complaint, to Defendant Jack Kiesler, addressed as follows:

> Jack Kiesler
> 36700 Ridgecroft
> Sterling Heights, MI 48312

Plaintiff shall promptly file proof of service by mailing.

    4.    Defendant shall file an answer to the complaint, or take other action permitted by law or court rule, on or before 28 days after posting.  The address for filing is:

> United States District Court
> Eastern District of Michigan
> Theodore Levin Courthouse
> 231 W. Lafayette Blvd.
> Room 564
> Detroit, MI  48226

    5.    Defendant Jack Kiesler shall also serve any answers or other papers filed with the Court on Plaintiff, by first class mail, on or before 28 days after posting, at the following address:

> Walton & Donnelly, P.C.
> 1550 Buhl Building
> 535 Griswold Street
> Detroit, MI  48226

6.     If Defendant Jack Kiesler fails to file and serve an answer or to take other action as provided in this order, the Court may, on Plaintiff's motion, enter default and default judgment against Defendant.

  s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  May 3, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, May 3, 2011, by electronic and/or ordinary mail.

  s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

3